UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
JUN 28 2007

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| FLOYD J. HART,<br><br>    Plaintiff,<br><br>vs.<br><br>DON HOLLOWAY, Pennington County Sheriff, in his official and individual capacity; SHARI JACKSON, Practicing Physician, Pennington County Jail, in her official and unofficial capacity,<br><br>    Defendants. | CIV. 06-4174<br><br>JUDGMENT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, without prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1), each party to pay their own costs.

Dated this _____ day of June, 2007.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: _____, Deputy

(SEAL)